To: The Honorable Judge George J. Hazel.

My name is Mr. Demar Anthony Brown, and under the unfortunate circumstances of this on-going pandemic, I'm forced to reach-out to you once again in regards to respectfully requesting that a Bench Trial be granted because of the misfortune of the Covid-19 virus that has and is still plaguing us all.

Now as it stands Your Honor... I'm of understanding that this is normally a decision that is left up to the Government's prosecution, however Your Honor, the question remains un-answered as for as the matter of a person's Constitutional Rights... "When and at what point is an individual's rights going to be viewed as violated," because long before the happening of this unfortunate pandemic situation, I was schedule to begin trial back in December of 2019, and it was at the government's request for more time that that trial date was re-scheduled to April of 2020, and now Your Honor, it's two months into 2021, and even when the Courts had re-opened back briefly in 2020... Still my Constitutional Rights were ignored to be tried according to the Federal rule of The Speedy Trial Act, so now after two and a half years of sitting in federal custody without having been tried according to the Federal S.T.A., I'm more than

well aware of them seventy-days lapsing without proper cause long before the pandemic came into play, and yet still no reasonable accommodations for these outright Constitutional violations from the government's end, and so again, Your Honor, my question is, "At what point and time does a defendant begins to receive justice, or is justice only viewed in favor of those who make-up the law and the one's who are tied to it through bloodlines, because people like myself who are less fortunate isn't receiving proper justice, and with this pandemic still on-going, how long am I to sit and wait for Trial, (4 to 5 years) when the law states that as a defendant, I'm to be tried within (70) days of being in custody.

Your Honor, my simple request to be granted a Bench Trial was by far nowhere near being unreasonable due to our unfortunate and unforeseen circumstances, and enlight of my S.T.A being violated, I can't see how this would be too much to ask, being as though there is noone who can predict when this pandemic will subside or end... so a jury-trial will remain future-wise unpredictable in many ways, which leaves a defendant's life and liberty in an unbalanced state due to numerous un-scheduled cancellations behind Covid-19, in which again as stated before, "violates an individual's

Constitutional Rights as given by law," and even with all my research conducted, I've yet to find anything that supports a pandemic overruling the Constitution and stopping a person's Speedy Trial clock, and the government's prosecution has seeked to take full advantage of this by refusing to grant some kind of accommodation in a Bench Trial due to these unfortunate times that should call for some kind of consideration on the government's end in favor of myself (the defendant).

I'm not requesting home detention here Your Honor, I'm simply respectfully requesting that a Bench Trial be granted under the circumstances of this Covid-19 situation that has been on-going for quite some time now, and doesn't seem to be looking to let-up, and since I've been confined for a little over three years now on these said allegations, it's not unreasonable for me to have the desire to see and have my day in Court to attempt to prove my innocence, so respectfully speaking Your Honor, I will pray that you see and understand my points that have been made here in this letter and consider my request for a Bench Trial due to the Covid-19 situation and my Constitutional Rights.

Thank You, Sincerely,

Denver A. Brown

I respectfully hope that I will hear back from you in regards to these concerns of mine, because I strongly believe that I'm entitled to my Constitutional Rights without unreasonable delay.

Respectfully Submitted by,

Demar A. Brown

2-17-2121

Sworn and subscribed to before me this 17th day of February, 2021.

Shelia A. Bauson, CCMST; M Edu Rehab Couns.
Shelia A. Bauson, CCMST; M Edu Rehab Couns.

My Commission expires 2-6-2021