To The Honorable Judge
George J. Hazel



GJH-18-0335

      My name is Mr. Demar A. Brown Sr., and I come to you once again by way of lettering to express my concerns in this on-going legal matter and its overly excessive effects that it has been having on myself and kids, because again Your Honor, this is a circumstatial matter that has long surpassed a three year time period now without any real concerns for my due process rights, or Constitutional ones, and so I'm hoping to gain some form of understanding from you(Your Honor), because the government prosecution has used a number of unmeritted ways and methods to have the Courts grant unwarranted continuances that has only delayed myself into serving time unnecessarily, and now for my trial date to be set all the way into basicly September, this does not seem right Your Honor, and the prosecution shouldn't be allowed to structure the law to how they see fit, and then in the same light, accuse myself of breaking-it, and so Your Honor, I'm seeking that justice be had in my situation, because even in and with an on-going pandemic, ex-police officer Derek Chauven was charged with and tried for Mr. Floyd's murder, and will be sentenced before I(myself)will have had my rightful day in Court on these circumstantial cases set against me. And furthermore, I'm baffled at the mere consideration it is taking for my additional motions to be heard that was filed by current counsel(Mr. Ivan Bates), and so I would have you, Your Honor, look at the previous motions transcript on page 116 paragraph 11-25, where it was addressed to you in open court that six additional Cds of discovery, was given to counsel(Mr. Montemarano)in mid October, and he barely had any chance to scratch the surface of reviewing them, and so Your Honor, I carry valid reasoning for seeking that my now additional motions of a Franks hearing and Riley motion be heard, because other than having been sitting here for well over two years and having my Speedy Trial Rights violated way before the pandemic was ever in affect for lack of evidence on the prosecution's end, I've been getting the short-end of the stick in this whole matter, and so my question from a previous letter stands still not to be answered,"When will I be entitled to my proper due process and Constitutional rights as a Negro-American, or is the laws only set-in place for the privileged and those who feel above-it, because this isn't honoring justice for all

or my Constitutional Rights, this is and should be without a doubt, deemed excessive use of confinement without just-cause, and in so many other words, looked upon as slavery without explanation or Due Process.

I respectfully hope and wish that you will understand my frustrations with and in these matters (Your Honor), because having to wait for three some years and still counting to have my day in court, is mentally draining on myself and my young-ones who are facing hardship without my presence in their lives, and so I say again with respect (Your Honor), 'to understand my lettering here, is to understand my frustration of having to serve time unnecessarily without cause.' Three years of just sitting doesn't make any sense to me, and it shouldn't carry any for you either.'ha Thank you for your time sincerely,

Respectfully,

Mr. Demar A. Brown

*Mr. Demar A. Brown*

4-26-2021