To The Chambers of The Honorable Judge:
George J. Hazel.

United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

FILED ___ ENTERED
___ LODGED ___ RECEIVED
MAY 13 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Dear Your Humbleness,

I, Demar Brown am writing to you with deep concerns that my Constitutional Rights that were set and adopted back in (1789) as the supreme law of the Nation, is not being upheld and held to any standards as it should be for those accused of a crime and forced to live in confinement, but instead, they're being violated to the utmost without concerns of other remedies being set-in place as a way to offer the abilities for cases to move along better, and with that said... I'm not writing to challenge your authority by any means Your Honor, however, I was hoping to maybe borrow your attention momentarily to address a few issues of troubling concern.

Now, I've been housed at C.D.F for over 2½ years, and within the last two weeks, I've been attempting to have a document notarized and sent to you via certified, however that's been a

battle all in itself for fear of Counselors not wanting to interact with us, and now we're also unable to conduct any kind of legal proceedings with our lawyers through Skype or attorney phone calls as stated by the institution, which is a clear violation of all detainees rights (Federally Speaking).

Now of major issue here is the violation of my sixth-amendment rights to a Speedy Trial and the fact that I've requested on many different occasions to be tried by way of a Bench Trial due to the on-going Covid-19 health crisis, which the Government's prosecution has readily refused time and time again to consider, and now I'm forced to bring forth this matter to your attention, because if the crisis of this pandemic continues, then at what point will I be ever granted a Jury Trial Your honor, and honestly Your humbleness... the pandemic shouldn't be used as a way to punish and pick and choose who goes to Trial and who remains detained longer for refusal to sign Plea Offers, and I fear that that's exactly what's happening here with myself, because I was more than willing to waive my rights to a Jury Trial so that the Courts wouldn't have to accommodate twelve or more individuals to conduct a Jury Trial, which is more than a reasonable remedy to consider enlight of this

Pandemic crisis that has been on-going for over a year now, and in-which there are no C.D.C health official that can predict when this will end, and I've been locked-up for now over three years on these said allegations, and for my request due to the Covid-19 health Crisis to be frowned upon by the prosecution time and time again, I see this as being just in reaching-out to you Your Honor, because the remedy of a Bench Trial being granted respectfully so that I may move forth with what's going to be next for myself and my little ones who's lives I've been out of for over three years without being that of a convicted man, doesn't sit quite well with me, and furthermore Your Honor, these said allegation doesn't and shouldn't have carried a well over three-year time period investigation where I was forced to serve time as a guilty individual over being a person who is suppose to be innocent until proven guilty, and so these years that I've sat awaiting trial, honestly goes towards speaking volume in regards to my Constitutional Rights and the violation in which I've stated claims to many times already, because I've taken steps towards resolving these matter in a timely fashion that didn't involve myself signing any plea offers, and punishment was imposed with the delaying of my trial dates by the prosecution without cause,

because I've yet to request any postponements on my end that I'm legally aware of, so at what point and time am I legally going to be entitled to justice under the United States of America's Constitutional Rights of their Seven Articles and twenty-six amendments that were adopted back in (1789) as the supreme law of the Nation, (or excuse my bluntness), am I not entitled to the principles of these laws as a African American when the prosecution has no case to ask of you respectfully, Your Honor?

It is stated that justice is suppose to be an equal right for everyone of this land, but it seems to only fall within favor of those who impose-it, and this is why I have no other choice but to bring forth this matter to you in hopes of receiving some kind of answer or remedy enlight of this continuous Pandemic of the Covid-19 crisis, and again Your Humbleness, I pray that you will view my arguement from a perspective that is broaden and see that the Government's prosecution shouldn't be able to have their cake and eat it too because law is to their disposal, while when Constitutional laws is to my benifit, rules are being bent and I'm being told to be patient without concerns or regards to request for small remedies that I've

made due to the health crisis of the Covid-19 Pandemic.

I respectfully offer my gratitude for the time spent reading this, and I will hope to hear back in regards to my concerns of these matters until my notarized letter reaches your hand. Thank you again.

Sincerely,
Mr. Demar A. Brown
Mr. Demar A. Brown.